

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2020

No. 04-19-00761-CV

**IN RE COMMITMENT OF KEVIN JOHNSON**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23245
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court